IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDERSON MEMORIAL HOSPITAL, ) | |
|     Appellants ) | Civil Action No. 1:08-mc-00118-RLB |
| ) | |
| v. ) | Bankruptcy Case No. 01-01139 (JKF) |
| ) | AP No. 08-AP- 39 |
| W. R. GRACE & Co., et al. ) | |
|     Appellees ) | |

**ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO ANDERSON MEMORIAL HOSPITAL'S APPLICATION FOR APPEAL OF ORDER DENYING CLASS CERTIFICATION UNDER FED. R. BANKR. P. 7023**

Upon consideration of the above-referenced motion (the "Motion for Leave to File Sur-Reply"), it is hereby ORDERED that:

1. The Motion for Leave to File Sur-Reply is GRANTED.

2. Appellee Debtors are permitted to file the sur-reply attached as Exhibit A to their Motion for Leave to File Sur-Reply.

3. Since the sur-reply was attached to Debtors' Motion for Leave to File Sur-Reply, the sur-reply is deemed to have been filed simultaneously therewith, on July 11, 2008.

DATED: July 15, 2008

Honorable Ronald L. Buckwalter
United States District Court Judge